

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-76,339

**EX PARTE CHAD ANTHONY ISENBERGER, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 50,846 IN THE 412TH DISTRICT COURT
## FROM BRAZORIA COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault of a child and sentenced to forty years' imprisonment. The First Court of Appeals affirmed his conviction. *Isenberger v. State*, No. 01-07-00417-CR (Tex. App. Houston [1st Dist.] delivered December 11, 2008).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed and failed to advise Applicant

of his right to petition for discretionary review *pro se*. Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely notify Applicant that his conviction had been affirmed and failed to advise Applicant of his right to petition for discretionary review *pro se*. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the First Court of Appeals in Cause No. 01-07-00417-CR that affirmed his conviction in Case No. 50,846 from the 412th Judicial District Court of Brazoria County. Applicant shall file his petition for discretionary review with the First Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: May 5, 2010
Do not publish